**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOY ARNOLD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **No. 4:15CV00478** |
| | ) | |
| THE CITY OF FLORISSANT, | ) | |
| MISSOURI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Joy Arnold and Defendants the City of Florissant, Missouri, Kyle Feldmann, Timothy J. Lowery, Thomas P. Schneider, Tim Lee, Timothy Jones, Joseph Eagan, Jeff Caputa. Keith Schildroth. Gerard Henke, Jackie Pagano, Mark Schmidt, and Ben Hernandez, by counsel, hereby notify the Court that all claims have been settled. The Parties will file a Stipulation of Dismissal within the time as directed by this Honorable Court.

Respectfully submitted,

**NEWTON BARTH, L.L.P.**

By:    /s/ Talmage E. Newton IV
        Talmage E. Newton IV (MO56647)
        tnewton@newtonwrightlaw.com
        7515 Delmar Blvd.
        St. Louis, MO 63130
        (314) 272-4490 - Telephone
        (314) 762-6710 – Facsimile

*Attorneys for Plaintiff*


**KING, KREHBIEL & HELLMICH, LLC**

**JASON S. RETTER**
Bar No. 59683MO

2000 South Hanley Road
St. Louis, MO  63144 1524
Phone:     314 646 1110
Fax:   314 646 1122
Email:jretter@kkhhb.com
*Attorneys for the Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this **25th** day of ***August 2016***, the foregoing was filed electronically with the Clerk of Court to be served by operation of this Court's electronic filing system upon the following:

**TALMAGE E. NEWTON IV**
tnewton@newtonwrightlaw.com
7515 Delmar Blvd.
St. Louis, MO 63130
(314) 272-4490 - Telephone
(314) 762-6710 – Facsimile

*Attorneys for Plaintiff*

_____
JASON S. RETTER
KING, KREHBIEL & HELLMICH, LLC

3